U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 14 2017

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **LADERICK JOHNSON** <br> LA. DOC #619597/115916/466190 | **CIVIL ACTION NO. 5:16-CV-1294** |
| **VS.** | **SECTION P** |
| | **JUDGE DONALD E. WALTER** |
| **JEFF LANDRY** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* should be **DISMISSED WITHOUT PREJUDICE** because petitioner's *habeas* claims remain unexhausted.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 14 day of February, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE